```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 06 B 00536
     JERRY LEE JONES
     CHERYL L JONES                               CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

            Debtor
     SSN XXX-XX-1915      SSN XXX-XX-1772


  ------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.  The case was filed on 01/20/06 and confirmed on 04/13/06.

       2.  The plan is paid in full.

       3.  The Debtor paid a total of $  79810.00 .

       4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | 46890.52 | .00 | 46890.52 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 1233.51 | .00 | 1233.51 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 887.92 | 17.14 | 887.92 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15607.62 | .00 | 2343.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5899.55 | .00 | 885.82 |
| B REAL LLC | UNSECURED | 2798.22 | .00 | 420.16 |
| B REAL LLC | UNSECURED | 17593.03 | .00 | 2641.61 |
| B REAL LLC | UNSECURED | 6341.52 | .00 | 952.19 |
| B REAL LLC | UNSECURED | 15999.55 | .00 | 2402.35 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10511.99 | .00 | 1578.39 |
| FIRST NATIONAL BANK OF O | UNSECURED | 14035.75 | .00 | 2107.48 |
| KOHLS | UNSECURED | 435.72 | .00 | 65.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1785.43 | .00 | 268.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 25310.34 | .00 | 3800.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14250.37 | .00 | 2139.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11964.05 | .00 | 1796.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1386.68 | .00 | 208.21 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 14803.14 | .00 | 2222.71 |
| SOCIAL SECURITY ADMIN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7243.25 | .00 | 1087.58 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 783.36 | .00 | 117.62 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 827.85 | .00 | 124.30 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 910.07 | .00 | 136.65 |

```
            Summary of disbursements:
  ------------------------------------------------------------------------
              SECURED      PRIORITY      UNSECURED       OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      49011.95           .00     168487.49           .00    217499.44
PRINCIPAL PAID          49011.95           .00      25298.58           .00     74310.53
INTEREST PAID              17.14           .00           .00           .00        17.14
TOTAL PAID              49029.09           .00      25298.58           .00     74327.67
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $    1000.00   direct and $    2000.00   through the plan.

The Trustee received $    3482.33 .

Refunds to the Debtor totaled $         .00 .

　　　Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


　　　Dated: 03/16/09                    /S/
　　　　　　　　　　　　　　　　　　　GLENN STEARNS
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE